IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED. Plea reset for 8/31/12 at 2:30 p.m.**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 3:12-cr-00018 |
| ) | JUDGE TRAUGER |
| CONNIE STANTON ) | |
| ) | |
| ) | |

### MOTION TO CONTINUE PLEA AGREEMENT

Comes the defendant and through counsel hereby moves this court to continue the plea agreement currently set for **August 20, 2012, at 2:30**. Scheduling conflicts and the need to fully apprise the defendant of the terms of this open plea necessitate an additional week. Undersigned counsel is available on the afternoon of Friday August 24, 2012, and any day of the week beginning August 27, 2012, other than the morning of August 27, 2012.

Respectfully submitted,

s/ Travis Hawkins
Travis Hawkins, #17395
THE HAWKINS LAW FIRM
Attorney for Connie Stanton
120 Old Liberty Pike
Franklin, TN 37064
615- 599-1010