Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:12-00018-4 |
| | ) | Judge Aleta A. Trauger |
| SHAWANNA NICOLE BOLDEN | ) | |

**MOTION FOR AN ORDER OF FORFEITURE**
**CONSISTING OF $480,832.40**
**UNITED STATES CURRENCY MONEY JUDGMENTS**

The United States of America, by its undersigned counsel, pursuant to Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, moves, based upon the Court's acceptance of Defendant Shawanna Nicole Bolden's plea of guilty to Counts Five and Seventeen of the Indictment, for an Order of Forfeiture consisting of $480,832.40 United States currency Money Judgments against Defendant Shawanna Nicole Bolden. A memorandum of law and facts is filed in support of this motion. Additionally, a proposed Order is attached hereto for the Court's convenience.

Respectfully submitted,
JERRY E. MARTIN
United States Attorney

By:  /s Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615  736-5151
Facsimile:   615 736-5323

1