Motion GRANTED. Hearing reset for 3/21/13 at 2:30 p.m.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-cr-00018 |
| v. | ) | Judge Trauger |
| | ) | |
| CANISHA DENISE ALRED | ) | |

### FIRST MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant, Canisha Denise Alred, by and through counsel of record, David R. Heroux, and moves this Honorable Court to continue the Sentencing Hearing in the above styled matter currently set for January 3, 2013. The defendant has been authorized to represent to the Court that the United States has no objection to this motion. Counsels for the defendant and the United States would request that, subject to the Court's calendar, the hearing be reset for the late March 2013. In support of this motion the defendant has filed an affidavit of counsel.

Respectfully submitted,

**Haymaker & Heroux, P.C.**

s/ David R. Heroux
David R. Heroux,   BPR   20798
Attorney for the Defendant
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050